# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kurren, Barry M. | U.S. District Court, Hawaii | 07/05/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, Full-Time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States District Court
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Tesoro Petroleum Corporation |
| 2. | 2011 | Tesoro Hawaii Corporation |
| 3. | 2011 | Hawaii Dental Service |
| 4. | 2011 | First Insurance Company of Hawaii |
| 5. | 2011 | First Hawaiian Bank |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kurren, Barry M. | 07/05/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kurren, Barry M. | 07/05/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | E | Int./Div. | P1 | T | | | | | |
| 2. -Schwab Money Market Fund | | | | | | | | | |
| 3. -Oakmark International Fund Cl I | | | | | | | | | |
| 4. -Vanguard REIT Index Fund | | | | | Sold | 01/21/11 | K | | |
| 5. -WSF Preferred | | | | | Matured | 04/25/11 | J | | |
| 6. -Dodge & Cox Stock Fund | | | | | | | | | |
| 7. -First Eagle Overseas Fund Cl A | | | | | Sold | 01/21/11 | L | E | |
| 8. -HGM Preferred | | | | | | | | | |
| 9. -Oakmark Equity Income Fund | | | | | | | | | |
| 10. -Oakmark Fund | | | | | Sold | 01/21/11 | L | E | |
| 11. -Ariel Appreciation Fund | | | | | Sold | 01/21/11 | L | E | |
| 12. -Jensen Portfolio Class J | | | | | | | | | |
| 13. -RBS+M Preferred | | | | | | | | | |
| 14. -Real Property #1 - Honolulu, Hawaii | | | | | | | | | |
| 15. -T Rowe Price Tax Free High Yield Fund | | | | | Sold | 04/01/11 | L | D | |
| 16. -Vanguard High Yield Tax Exempt Fund | | | | | Sold | 04/01/11 | L | D | |
| 17. -Laudus International Marketmasters Fund | | | | | Sold | 01/21/11 | L | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Loomis Sayles Bond Fund | | | | | | | | | |
| 19. -Treasury Bills | | | | | Redeemed | 01/12/11 | K | | |
| 20. | | | | | Redeemed | 02/09/11 | K | | |
| 21. | | | | | Redeemed | 11/10/11 | K | | |
| 22. -Treasury Notes | | | | | | | | | |
| 23. -Hawaii State Revenue Bonds | | | | | | | | | |
| 24. -Hawaii State General Obligatioon Bonds | | | | | | | | | |
| 25. -Honolulu General Obligation Bonds | | | | | | | | | |
| 26. -Hawaii State Special Purpose Revenue Bonds | | | | | | | | | |
| 27. -Honolulu Revenue Bonds | | | | | | | | | |
| 28. -Honolulu Water Revenue Bonds | | | | | | | | | |
| 29. -Puerto Rico Revenue Bonds | | | | | | | | | |
| 30. -American Century Tax Free Bond Fund | | | | | Buy (add'l) | 01/21/11 | J | | |
| 31. -Vanguard Dividend Appreciation ETF | | | | | Sold | 01/21/11 | K | C | |
| 32. -Vanguard Small Cap ETF | | | | | Sold | 01/21/11 | K | D | |
| 33. IRA#1 | D | Div & Int | N | T | | | | | |
| 34. -Schwab Money Market Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kurren, Barry M. | 07/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -First Eagle Overseas Fund Cl A | | | | | Sold | 04/29/11 | L | E | |
| 36. -Ishares S&P Small Cap 600S&P Small Cap 600/Barra | | | | | Sold | 04/28/11 | K | E | |
| 37. -Vanguard Reit Index Fund Investor Shares | | | | | Sold | 04/28/11 | K | B | |
| 38. -ABN AMRO Growth Fund Cl N | | | | | Sold | 04/28/11 | K | C | |
| 39. -IShares S&P Grrowth Index Fund | | | | | Sold | 04/28/11 | L | D | |
| 40. -Fairholme Fund | | | | | Sold | 04/28/11 | L | D | |
| 41. -VTR | | | | | Sold | 04/28/11 | K | D | |
| 42. -Janus Midcap Value Fund | | | | | Sold | 04/28/11 | L | E | |
| 43. -Royce 100 Fund | | | | | Sold | 04/28/11 | L | E | |
| 44. -Vanguard Health Care Fund | | | | | Sold | 04/28/11 | K | C | |
| 45. -Schwab Large-Cap Growth Fund | | | | | Buy | 05/03/11 | K | | |
| 46. -Schwab Dividend Equity Fund | | | | | Buy | 05/03/11 | K | | |
| 47. -Federated Total Return Bond Fund | | | | | Buy | 05/03/11 | L | | |
| 48. -Metropolitan West Total Return Bond Fund | | | | | Buy | 05/03/11 | K | | |
| 49. -Schwab Core Equity Fund | | | | | Buy | 05/03/11 | L | | |
| 50. -Manning & Napier World Opportunity Fund | | | | | Buy | 05/03/11 | K | | |
| 51. -Glenmede Small Cap Equity Fund | | | | | Buy | 05/03/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kurren, Barry M. | 07/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Pimco Total Return Fund | | | | | Buy | 05/03/11 | K | | |
| 53.  -Harbor International Fund | | | | | Buy | 05/03/11 | K | | |
| 54.  IRA #2 | D | Div & Int | N | T | | | | | |
| 55.  -Schwab Money Market Fund | | | | | | | | | |
| 56.  -American Century Government Bond Fund | | | | | | | | | |
| 57.  -American Century short Term Bond Fund | | | | | | | | | |
| 58.  -American Century Inflation Adjusted Bond Fund | | | | | | | | | |
| 59.  -Heartland Value Plus Fund | | | | | | | | | |
| 60.  -Sound Shore Fund | | | | | | | | | |
| 61.  -Ishares Emerging Markets Index ETF | | | | | | | | | |
| 62.  -Cohen & Steers Realty Fund | | | | | | | | | |
| 63.  -Tocqueville International Value Fund | | | | | | | | | |
| 64.  -Ishares S&P Smallcap Index ETF | | | | | | | | | |
| 65.  -Ishares S&P Index ETF | | | | | | | | | |
| 66.  -Ishares MSCI EAFE Index ETF | | | | | | | | | |
| 67.  -Schwab International Equity ETF | | | | | | | | | |
| 68.  -Schwab International SCAP ETF | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kurren, Barry M. | 07/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   IRA # 3 | B | Dividend | M | T | | | | | |
| 70.   -Fidelity Magellan Fund | | | | | | | | | |
| 71.   -Fidelity Asset Manager Growth Fund | | | | | | | | | |
| 72.   -Puritan Fund | | | | | | | | | |
| 73.   -Fidelity Cash Reserves | | | | | | | | | |
| 74.   IRA #4 | C | Dividend | N | T | | | | | |
| 75.   -Vanguard Prime Money Market Fund | | | | | | | | | |
| 76.   BHP USA Supplemental Retirement Plan | B | Dividend | M | T | | | | | |
| 77.   -Vanguard Balenced Index Fund | | | | | | | | | |
| 78.   HDS 401K | D | Dividend | M | T | | | | | |
| 79.   -Thornburg International Value Fund | | | | | | | | | |
| 80.   -Pimco Total return Inst. Fund | | | | | | | | | |
| 81.   -MFS Government Securities Fund | | | | | | | | | |
| 82.   -Vanguard Developed Markets Index Fund | | | | | | | | | |
| 83.   BHP Common Stock | A | Dividend | J | T | | | | | |
| 84.   First Hawaiian Bank Account | B | Interest | N | T | | | | | |
| 85.   TIAA-CREF | C | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kurren, Barry M. | 07/05/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Hawaii Innovation Growth Fund | | None | J | T | | | | | |
| 87. Capital One Bank Account | C | Interest | N | T | | | | | |
| 88. American Express Bank Account | C | Interest | N | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kurren, Barry M. | 07/05/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Kurren, Barry M. | 07/05/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barry M. Kurren**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544